# UNITED STATES BANKRUPTCY COURT
Eastern District of New York

In re:

### Mahendra N. Baichan

Case No.
Chapter 7

Debtor(s)

## _PAY STATEMENT_

(SEE ATTACHED)

DATE:  10/26/11


/s/ SALVATORE J. LIGA, ESQ
SALVATORE J. LIGA, ESQ.
Attorney For Debtor

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| 81A | 205618 | 2075AX | | 0000410858 | 1 |

859-0001

*WEIL, GOTSHAL & MANGES LLP*
*GENERAL MOTORS BUILDING*
*767 FIFTH AVENUE*
*NEW YORK, N.Y. 10153*

## Earnings  Statement



| | |
|---|---|
| Period  Beginning: | 10/01/2011 |
| Period  Ending: | 10/15/2011 |
| Pay  Date: | 10/14/2011 |

Taxable  Marital  Status:    Married
Exemptions/Allowances:
    Federal:     0
    NY:        6
    New York Cit:  6

**MAHENDRA  BAICHAN**
**59-18  ST  FELIX  AVENUE  2ND  FLOO**
**RIDGEWOOD  NY  11385**

Social  Security  Number:   XXX-XX-XXXX

| Earnings | rate | hours | this  period | year  to  date |
|----------|------|-------|--------------|----------------|
| Regular | 3666.67 | 75.83 | 3,666.67 | 67,166.63 |
| **Gross Pay** | | | **$3,666.67** | 67,166.63 |

| Other  Benefits  and Information | this  period | total  to  date |
|----------------------------------|--------------|-----------------|
| Group  Term  Life | 1.71 | 29.66 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal  Income  Tax | -474.73 | 4,330.81 |
| | Social  Security  Tax | -147.90 | 2,705.00 |
| | Medicare  Tax | -51.06 | 933.87 |
| | NY  State  Income  Tax | -186.10 | 3,364.60 |
| | New  York  Cit  Income  Tax | -109.16 | 1,974.04 |
| | NY  SUI/SDI  Tax | -1.30 | 24.70 |
| | **Other** | | |
| | Child  Support | -531.92 | 10,106.48 |
| | Chking  Netpay2 | -1,881.37 | |
| | Garnishment | -126.97 | 126.97 |
| | Non  Tax  Medical | -104.96* | 1,994.24 |
| | Pre-Tax  Dental | -37.55* | 713.45 |
| | Suppl  Life  Ins | -9.24 | 168.91 |
| | Vision | -4.41* | 83.79 |
| | **Net Pay** | | **$0.00** |

### Important  Notes

EFFECTIVE  THIS  PAY  PERIOD  YOUR  FEDERAL  EXEMPTIONS
HAVE  BEEN  CHANGED  FROM  9  TO  0.

YOUR  COMPANY'S  PHONE  NUMBER  IS 212-310-8000

\*  **Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$3,519.75

© 2000 ADP, Inc

WEIL,  GOTSHAL  &  MANGES  LLP
GENERAL  MOTORS  BUILDING
767  FIFTH  AVENUE
NEW  YORK,  N.Y.  10153

| Advice  number: | 00000410858 |
|-----------------|-------------|
| Pay  date: | 10/14/2011 |



Deposited  to  the  account  of

| | account  number | transit  ABA | amount |
|---|-----------------|--------------|--------|
| MAHENDRA  BAICHAN | xxxxxx3510 | xxxx  xxxx | $1,881.37 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 81A | 205618 | 207SAX | | 0000390861 | 1 |

861-0001

*WEIL, GOTSHAL & MANGES LLP*
*GENERAL MOTORS BUILDING*
*767 FIFTH AVENUE*
*NEW YORK, N.Y. 10153*

# Earnings   Statement



Period  Beginning:        09/16/2011
Period  Ending:           09/30/2011
Pay  Date:                09/30/2011

Taxable  Marital  Status:     Married
Exemptions/Allowances:
   Federal:        9
   NY:             6
   New York Cit:   6

MAHENDRA   BAICHAN
59-18   ST  FELIX  AVENUE  2ND  FLOO
RIDGEWOOD  NY  11385

Social  Security  Number:   XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3666.67 | 75.83 | 3,666.67 | 63,499.96 |
| Gross Pay | | | $3,666.67 | 63,499.96 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group  Term  Life | 1.71 | 27.95 |

**Important  Notes**

YOUR  COMPANY'S  PHONE  NUMBER  IS 212-310-8000

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal  Income  Tax | -235.06 | 3,856.08 |
| | Social  Security  Tax | -147.90 | 2,557.10 |
| | Medicare  Tax | -51.06 | 882.81 |
| | NY  State  Income  Tax | -186.10 | 3,178.50 |
| | New  York  Cit  Income  Tax | -109.16 | 1,864.88 |
| | NY  SUI/SDI  Tax | -1.30 | 23.40 |
| | **Other** | | |
| | Child  Support | -531.92 | 9,574.56 |
| | Chking  Netpay2 | -2,248.01 | |
| | Non  Tax  Medical | -104.96* | 1,889.28 |
| | Pre-Tax  Dental | -37.55* | 675.90 |
| | Suppl  Life  Ins | -9.24 | 159.67 |
| | Vision | -4.41* | 79.38 |
| | **Net Pay** | **$0.00** | |

\*  **Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$3,519.75

© 2000 ADP, Inc

WEIL, GOTSHAL & MANGES LLP
GENERAL MOTORS BUILDING
767 FIFTH AVENUE
NEW YORK, N.Y. 10153

Advice number:        00000390861
Pay date:             09/30/2011

Deposited  to  the  account  of
MAHENDRA   BAICHAN

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3510 | xxxx xxxx | $2,248.01 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| 81A | 205618 | 207SAX | | 0000370857 | 1 |

857-0001

*WEIL, GOTSHAL & MANGES LLP*
*GENERAL MOTORS BUILDING*
*767 FIFTH AVENUE*
*NEW YORK, N.Y. 10153*

# Earnings Statement



| | |
|---|---|
| Period Beginning: | 09/01/2011 |
| Period Ending: | 09/15/2011 |
| Pay Date: | 09/15/2011 |

Taxable Marital Status:     Married
Exemptions/Allowances:
    Federal:        9
    NY:           6
    New York Cit:  6

MAHENDRA  BAICHAN
59-18  ST FELIX  AVENUE  2ND FLOO
RIDGEWOOD  NY  11385

Social Security Number:    XXX-XX-XXXX

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 3666.67 | 75.83 | 3,666.67 | 59,833.29 |
| Gross Pay | | | $3,666.67 | 59,833.29 |

## Deductions

| | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -235.06 | 3,621.02 |
| Social Security Tax | | -147.90 | 2,409.20 |
| Medicare Tax | | -51.06 | 831.75 |
| NY State Income Tax | | -186.10 | 2,992.40 |
| New York Cit Income Tax | | -109.16 | 1,755.72 |
| NY SUI/SDI Tax | | -1.30 | 22.10 |
| | | | |
| **Other** | | | |
| Child Support | | -531.92 | 9,042.64 |
| Chking Netpay2 | | -200.00 | |
| Chking Netpay3 | | -2,048.01 | |
| Non Tax Medical | | -104.96* | 1,784.32 |
| Pre-Tax Dental | | -37.55* | 638.35 |
| Suppl Life Ins | | -9.24 | 150.43 |
| Vision | | -4.41* | 74.97 |
| **Net Pay** | | **$0.00** | |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Group Term Life | 1.71 | 26.24 |

## Important Notes

YOUR COMPANY'S PHONE NUMBER IS 212-310-8000

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$3,519.75

© 2000 ADP, Inc

---

WEIL, GOTSHAL & MANGES LLP
GENERAL MOTORS BUILDING
767 FIFTH AVENUE
NEW YORK, N.Y. 10153

| | |
|---|---|
| **Advice number:** | 00000370857 |
| Pay date: | 09/15/2011 |

Deposited to the account of
**MAHENDRA  BAICHAN**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5580 | xxxx xxxx | $2,048.01 |
| xxxxxx3510 | xxxx xxxx | $200.00 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| 81A | 205618 | 2075AX | | 0000350853 | 1 |

853-0001

*WEIL, GOTSHAL & MANGES LLP*
*GENERAL MOTORS BUILDING*
*767 FIFTH AVENUE*
*NEW YORK, N.Y. 10153*

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:          9
  NY:               6
  New York Cit:     6

Social Security Number:   XXX-XX-XXXX

## Earnings    Statement

| | |
|---|---|
| Period Beginning: | 08/16/2011 |
| Period Ending: | 08/31/2011 |
| Pay Date: | 08/31/2011 |

**MAHENDRA  BAICHAN**
**59-18  ST  FELIX  AVENUE  2ND  FLOO**
**RIDGEWOOD  NY  11385**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 3666.67 | 75.83 | 3,666.67 | 56,166.62 |
| **Gross Pay** | | | **$3,666.67** | 56,166.62 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -235.06 | 3,385.96 |
| | Social Security Tax | -147.90 | 2,261.30 |
| | Medicare Tax | -51.06 | 780.69 |
| | NY State Income Tax | -186.10 | 2,806.30 |
| | New York Cit Income Tax | -109.16 | 1,646.56 |
| | NY SUI/SDI Tax | -1.30 | 20.80 |
| | **Other** | | |
| | Child Support | -531.92 | 8,510.72 |
| | Chking Netpay2 | -200.00 | |
| | Chking Netpay3 | -2,048.01 | |
| | Non Tax Medical | -104.96* | 1,679.36 |
| | Pre-Tax Dental | -37.55* | 600.80 |
| | Suppl Life Ins | -9.24 | 141.19 |
| | Vision | -4.41* | 70.56 |
| | **Net Pay** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Group Term Life | 1.71 | 24.53 |

### Important Notes

YOUR  COMPANY'S  PHONE  NUMBER  IS 212-310-8000

\* **Excluded  from  federal  taxable  wages**

Your  federal  taxable  wages  this  period  are
$3,519.75

© 2000 ADP, Inc.

WEIL, GOTSHAL & MANGES LLP
GENERAL MOTORS BUILDING
767 FIFTH AVENUE
NEW YORK, N.Y. 10153

| | |
|---|---|
| **Advice number:** | **00000350853** |
| Pay date: | 08/31/2011 |

Deposited to the account of
**MAHENDRA  BAICHAN**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxx5580 | xxxx  xxxx | $2,048.01 |
| xxxxxx3510 | xxxx  xxxx | $200.00 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE